UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                                MISC. NO. 08-mc-51041

-vs-

                                HON. ROBERT H. CLELAND

AMIRA CHAHINE,

    Respondent.
_____/

## ORDER DISMISSING PETITION TO ENFORCE IRS SUMMONS

    Petitioner having advised the Court that respondent, Amira Chahine, has complied with the Internal Revenue Service Summons served upon her on April 10, 2008, by providing the Revenue Officer with the information sought in the summons;

    IT IS HEREBY ORDERED that the petition to enforce IRS summons brought against respondent, Amira Chahine, by the petitioner is hereby dismissed without prejudice and without costs.

                                              S/Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated:  March 10, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on

this date, March 10, 2009, by electronic and/or ordinary mail.

                                S/Lisa Wagner
                                Case Manager and Deputy Clerk
                                (313) 234-5522

_